UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARTIN LUTHER TEXADA (#399339)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 14-596-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated May 6, 2015 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Dismiss is GRANTED in part, dismissing all of the plaintiff's claims except that he was subject to unconstitutional conditions of confinement by being exposed to excessive heat and inadequate ventilation while confined in a booth cell on Gar Unit, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, June 3, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA