UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARTIN LUTHER TEXADA (#399339)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 14-596-JJB-EWD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Richard I. Bourgeois, Jr. dated August 18, 2016 (doc. no. 47). The plaintiff filed an objection which essentially restates his prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's Motion for Summary Judgment (doc. no. 44) is DENIED and Defendants' Motion for Summary Judgment (doc. no. 43) is GRANTED, dismissing Plaintiff's claims asserted against Defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 14th day of September, 2016.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE